JIM HOOD
Attorney General of Mississippi
LAWRENCE A. SCHEMMEL
Office of the Attorney General
 P. O. Box 1850
 401 North West Street
 Jackson, MS  39215-1850
 Telephone: (601) 359-7600
 Facsimile:  (601) 359-7774
 E-mail:  lschemmel@mdot.ms.gov

*Attorneys for Defendant*
*University Press of Mississippi*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| **SUZI ALTMAN,** | Case No.  3:16-cv-00883-CWR-LRA |
| Plaintiff, | **MOTION FOR EXTENSION OF TIME OF DEFENDANT UNIVERSITY PRESS OF MISSISSIPPI TO RESPOND TO COMPLAINT** |
| v. | |
| **UNIVERSITY PRESS OF MISSISSIPPI  and HALEY R. BARBOUR,** | Response Date:  December 12, 2016 |
| Defendants. | |
| | Action Filed: 11/10/2016 |

Defendant University Press of Mississippi, through its undersigned counsel, hereby respectfully requests an extension of time of thirty (30) days to respond to Plaintiff's Complaint.  Counsel for Defendant has consulted with Counsel for Plaintiff, who has consented to and does not oppose the request herein for

Motion for Extension of Time of Defendant
University Press of Mississippi to Respond to            1
Complaint

reasonable additional time to plead.  In support of the motion, the Defendant states as follows:

1. On November 10, 2016, Plaintiff filed her Complaint in this case.  *See* Docket Entry ("D.E.") 1.  The Complaint alleges copyright infringement under the U.S. Copyright Act.
2. Under the Federal Rules of Civil Procedure, the Defendant's response to the Complaint would be due on or before December 12, 2016.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).
3. On December 7, 2016, counsel for Defendant conferred with William O. Luckett, Jr., Esq., counsel for Plaintiff, regarding the timing of Defendant's response to the Complaint and the request for an extension of time for response to the Complaint.  Counsel for Plaintiff consented to and does not oppose Defendant's request for an extension of time to file a response of a reasonable amount of additional time of thirty (30) days, which would make the new response deadline January 11, 2017.
4. The request for extension of time is for good cause and will not result in undue delay in the administration of this case.  The Complaint raises complex issues that a time extension will allow the Defendant to address.  The extension of time for filing the Defendant's response is necessary due to the issues involved, the Defendant's counsel's workload, and the holiday season.
5. No other requests for extensions of time have been previously requested in this case.  No dates have been set for a pre-trial conference or trial.

1  IN WITNESS WHEREOF, Defendant University Press of Mississippi respectfully moves that this Court extend the time for responding to Plaintiff's Complaint to January 11, 2017.

//
//
//

Dated:  December 7, 2016                              Respectfully submitted,

                                                      JIM HOOD
                                                      Attorney General of Mississippi
                                                      s/ LAWRENCE A. SCHEMMEL
                                                      Office of the Attorney General
                                                      MSB NO. 9811

                                                      *Attorneys for Defendant*
                                                      *University Press of Mississippi*

//

*Certificate of Service*

I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: William O. Luckett, Jr., Esq., wol@luckettyner.com and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: NA.

//

//

//

Respectfully submitted,

JIM HOOD
Attorney General of Mississippi
s/ LAWRENCE A. SCHEMMEL
Office of the Attorney General
MSB No. 9811

*Attorneys for Defendant*
*University Press of Mississippi*
