IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SUZI ALTMAN                                                  PLAINTIFF

v.                                      CIVIL ACTION NO. 3:16cv883-CWR-LRA

UNIVERSITY PRESS OF MISSISSIPPI
AND HALEY R. BARBOUR                                   DEFENDANTS

**AGREED ORDER GRANTING
ALL PARTIES' CONSENT MOTION FOR AGREED STAY**

CAME BEFORE THE COURT FOR HEARING, the consent motion of Plaintiff Suzi Altman ("Altman"), Defendants University Press of Mississippi ("UP") and Haley R. Barbour ("Barbour"), for a temporary stay of this Action. Recognizing that this is a consent motion, this Court finds the motion to be well-taken.

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that:

(1) All proceedings and deadlines in this Action are STAYED until March 7, 2017;

(2) The Thursday, February 23, 2017 CMC and all attendant deadlines set forth in this Court's [14] Rule 16 Initial Order, are cancelled; and

(3) On or before March 7, 2017, they shall notify the Court in writing of this matter's status.

So ORDERED, this the 13th day of February, 2017.

                                                   __S/ Linda R. Anderson_____
                                                   UNITED STATES MAGISTRATE JUDGE